United States District Court
Southern District of Texas
**ENTERED**
March 16, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL W. FINNELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-20-3489 |
| | § | |
| EXXONMOBIL CORPORATION-BMRF, | § | |
| | § | |
| Defendant. | § | |

## ORDER TO TRANSFER

Michael Finnell moves to transfer this case to the United States District Court for the Eastern District of Texas. (Docket Entry No. 7). This case arises from ExxonMobil Corporation-BMRF's alleged discrimination against Finnell. Both parties are in Beaumont, Texas, and the events at issue allegedly occurred in Beaumont, Texas. For the convenience of the parties, and in the interest of justice, this case is transferred under 28 U.S.C. § 1404(a) to the Eastern District of Texas, Beaumont Division.

SIGNED on March 15, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge