# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:20−cv−03849

| | |
|---|---|
| Finnell v. Exxonmobil Corporation−BMRF DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT – EASTERN DISTRICT OF TX. BEAUMONT DIV.<br>Assigned to: Chief Judge Lee H Rosenthal<br>Cause: 42:2000e Job Discrimination (Employment) | Date Filed: 11/12/2020<br>Date Terminated: 03/16/2021<br>Jury Demand: Plaintiff<br>Nature of Suit: 442 Civil Rights: Jobs<br>Jurisdiction: Federal Question |

**Plaintiff**

**Michael W Finnell**     represented by    **Michael W Finnell**
1450 North Major Drive
Beaumont, Tx 77706
409−201−9772
PRO SE

V.

**Defendant**

**Exxonmobil Corporation−BMRF**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/12/2020 | 1 | COMPLAINT against Exxonmobil Corporation−BMRF filed by Michael W Finnell. (Attachments: # 1 Civil Cover Sheet)(BrendaLacy, 4) (Entered: 11/12/2020) |
| 11/12/2020 |  | Civil Filing fee: $400 re: 1 Complaint, receipt number HOU098729, filed. (BrendaLacy, 4) (Entered: 11/12/2020) |
| 11/12/2020 | 2 | **Disregard Entry. Duplicate entry. See correct docket entry No. 3.** ORDER on Initial Discovery Protocols for Employment Cases Alleging Adverse Action.(Signed by Chief Judge Lee H Rosenthal) Parties notified.(leddins, 4) Modified on 11/12/2020 (leddins, 4). (Entered: 11/12/2020) |
| 11/12/2020 | 3 | ORDER on Initial Discovery Protocols for Employment Cases Alleging Adverse Action.(Signed by Chief Judge Lee H Rosenthal) Parties notified.(leddins, 4) (Entered: 11/12/2020) |
| 12/17/2020 | 4 | ORDER Scheduling Rule 16 Conference With the Court and Setting Out the Requirements for Initial Pretrial Work. Initial Conference set for 3/5/2021 at 10:00 AM by video before Chief Judge Lee H Rosenthal.(Signed by Chief Judge Lee H Rosenthal) (Attachments: # 1 Judge's Procedures) Parties notified.(leddins, 4) (Entered: 12/17/2020) |
| 01/05/2021 | 5 | MOTION for Continuance of pre trial conference by Michael W Finnell, filed. Motion Docket Date 1/26/2021. (jdav, 4) (Entered: 01/06/2021) |
| 01/27/2021 | 6 | ORDER granting 5 Motion for Continuance Initial Conference reset for 5/28/2021 at 09:20 AM in by video before Chief Judge Lee H Rosenthal. The initial conference is reset to May 28, 2021, at 9:20 am, by Zoom. A Zoom link will be sent to all parties in advance. The joint discovery/case management plan is due by May 21, 2021. The record does not show that Finnell has completed service on the defendant. Finnell must file proof of service with the court by March 15, 2021(Signed by Chief Judge Lee H Rosenthal) Parties notified.(gkelner, 4) (Entered: 01/27/2021) |

| 03/11/2021 | 7 | MOTION for Extension of Time, MOTION to Transfer Case to USDC, Eastern District of Texas, Beaumont( Motion Docket Date 4/1/2021.) by Michael W Finnell, filed. (jdav, 4) (Entered: 03/12/2021) |
|---|---|---|
| 03/15/2021 | 8 | ORDER TO TRANSFER CASE to Eastern District of Texas Beaumont Division (Signed by Chief Judge Lee H Rosenthal) Parties notified.(jguajardo, 4) (Entered: 03/16/2021) |
| 03/16/2021 |  | Interdistrict transfer to Eastern District of Texas Beaumount Division Case transferred electronically. Case terminated on 3/16/2021, filed. (jguajardo, 4) (Entered: 03/16/2021) |